IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00678-EWN-CBS

ZACHARY ADKISON, by and through his next friend
KEVIN ADKISON,

      Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Vacate Scheduling Conference is **GRANTED**. The scheduling conference set for **June 22, 2005, at 8:30 a.m. (Mountain Time)** is **CONVERTED** into a telephonic status conference. Parties are relived of their obligation to submit a proposed scheduling order and confidential settlement statements as required in the court's minute order of April 28, 2005.

**DATED:**    June 21, 2005