IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00678-EWN-CBS

ZACHARY ADKISON, by and through his Next Friend, KEVIN ADKISON,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

This matter is before the court on the "Stipulated Motion to Dismiss" filed June 24, 2005. The court having read the stipulated motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this  27  day of June, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge